```
1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  REBEKAH R. GIBSON
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2806
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,   )  CR. NO. 2:07-cr-00033-MCE
                               )
12         Plaintiff,          )
                               )  STIPULATION AND ORDER
13    v.                       )
                               )  Date: May 1, 2007
14 MICHAEL RODRIGUEZ,          )  Time: 8:30 a.m.
                               )  Judge: Hon. Morrison C. England
15         Defendant.          )
16
```

17   IT IS HEREBY STIPULATED between the United States and the
18 defendant, MICHAEL RODRIGUEZ, by and through undersigned counsel, that
19 the appeal hearing set for Tuesday, May 1, 2007, at 8:30 a.m., may be
20 vacated and rescheduled for Tuesday, May 8, 2007, at 8:30 a.m.  The
21 defendant is presently out of custody and is expected to remain out of
22 custody throughout these proceedings.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

1     The continuance is requested due to scheduling conflicts for
2 counsel for the government.
3 DATED: March 15, 2007.         MCGREGOR W. SCOTT
                                       United States Attorney

                              By  /s/ Matthew C. Stegman
                                  MATTHEW C. STEGMAN
                                  Assistant U.S. Attorney


DATED: March 20, 2007.         DANIEL J. BRODERICK
                                       Federal Defender


                              By  /s/ Tara I. Allen
                                  TARA I. ALLEN
                                  Staff Attorney
                                  Attorney for Michael Rodriguez


                              O R D E R

IT IS ORDERED THAT:

    The appeal hearing set for Tuesday, May 1, 2007, at 8:30 a.m. is hereby vacated and rescheduled for Tuesday, May 8, 2007, at 8:30 a.m.

Dated: March 22, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE